JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLA COMFORT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-08851-SVW-GJS <br><br> **ORDER RE STIPULATED DISMISSAL OF ENTIRE ACTION** |

The Court has reviewed the Parties' Stipulated Dismissal of Entire Action ("Stipulation"), and **IT IS HEREBY ORDERED** that, pursuant to that Stipulation, by and between the parties to this action, by and through their counsel of record, that the entire action hereby is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: May 11, 2022

_____
Hon. Stephen V. Wilson
United States District Judge